ORIGINAL

**FILED**

10/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0180

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0180

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRANDON LEE CRAFT,

    Defendant and Appellant.

---

**O R D E R**

**FILED**

OCT 10 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Brandon Lee Craft has filed a second motion for a 60-day extension of time to file his reply brief. Good cause appearing.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until December 6, 2024, to prepare, file, and serve his reply brief.

No further extensions will be granted. If the reply brief has not been filed by that date the case will be submitted to the Court on the briefs filed to date.

DATED this 10 day of October, 2024.

For the Court,

_____
Justice